**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| ERIC TYRONNE LAWRENCE,      ) | |
|                             ) | |
|     Movant,                 ) | |
|                             ) | |
| v.                          ) | No. 1:20-CV-174 AGF |
|                             ) | |
| UNITED STATES OF AMERICA,   ) | |
|                             ) | |
|     Respondent.             ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the submission of a letter by self-represented movant Eric Tyronne Lawrence. The letter was originally filed in movant's criminal case, as the letter contained that case number. *See United States v. Lawrence*, No. 1:14-CR-30-AGF, ECF No. 63. However, the Court administratively terminated the motion in the criminal case and directed the Clerk to open a new case under 28 U.S.C. § 2255. *Id.* at ECF No. 64. That Order resulted in the instant case.

Although it is apparent that movant seeks to file a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, he did not use the proper form as required by the Local Rules of this Court. *See* E.D. Mo. L.R. 2.06(A) (requiring all actions by self-represented litigants to be filed on Court-provided forms). In addition, the filing has not been drafted in a manner that complies with the Federal Rules.

The Court will give movant the opportunity to file an amended motion to vacate on the proper Court form, which will be provided to him. The amended motion should contain all of the allegations that movant wishes to bring against the government. The Federal Rules require clarity in pleadings, including pleadings from self-represented parties. Rule 2(b) of the Rules Governing

Section 2255 Proceedings requires that a § 2255 motion: "(1) specify all the grounds for relief available to the moving party; (2) state the facts supporting each ground; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant." Rule 2(c) requires that the motion be drafted on the standard form or to substantially follow the form. Movant is warned that the filing of the amended motion to vacate **completely replaces** the original motion. Movant's failure to file an amended motion to vacate within thirty (30) days, will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send movant a form Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the date of this order, movant shall file an amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence on the proper form, and shall sign the motion before returning it to the Court.

**Movant's failure to timely comply with this order may result in the dismissal of this action, without prejudice and without further notice.**

Dated this 2nd day of September 2020.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE